UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :          INDICTMENT

          -v.-                    :

LEONARDO CRUZ-MARCELINO,                    08 CRIM 151
    a/k/a "Leonel Cruz,"
    a/k/a "Maximo Abreu,"          :

          Defendant.          :

- - - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

On or about October 20, 2006, in the Southern District of New York, LEONARDO CRUZ-MARCELINO, a/k/a "Leonel Cruz," a/k/a "Maximo Abreu," the defendant, being an alien, unlawfully, willfully, and knowingly, was found in the United States, after having been removed from the United States, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about February 18, 1998, for Possession with the Intent to Distribute Cocaine, in violation of Article 27, Section 286 of the Annotated Code of Maryland, in Circuit Court for Baltimore County, Maryland, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)


FOREPERSON                    MICHAEL J. GARCIA
                              United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

LEONARDO CRUZ-MARCELINO,
a/k/a "Leonel Cruz,"
a/k/a "Maximo Abreu,"

Defendant.

### INDICTMENT

08 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

_____
MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

2/25/08 Filed Indictment. Case assigned
to Judge Cote.
s/ Mag. Judge Katz