TOTAL P.001

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-08



**MEMO ENDORSED**

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

June 20, 2008

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
JUN 20 2008
CHAMBERS OF
DENISE COTE

Re: <u>United States v. Leonardo Cruz-Marcelino</u>
    08 Cr. 151 (DLC)

Hon. Judge Cote:

    I write, in the above captioned case, to request an extension of the filing deadline for Mr. Cruz-Marcelino's sentencing submission. Sentence is set for July 11, 2008, and we request that the filing deadline of Friday, June 20th, be extended to Tuesday, June 24rd.

    I make this request of the Court because, despite timely filing of the necessary release forms, I have not yet received Mr. Cruz-Marcelino's medical records from the Metropolitan Detention Center. MDC is overloaded with requests but have assured me that these records will arrive by Monday. The extension of the filing deadline would not change the sentence date, and would ensure that the Court has a full and complete picture of all factors related to Mr. Cruz-Marcelino's sentencing.

    I have spoken with Glen Kopp, the Assistant U.S. Attorney in this case, who similarly requests that his papers be due the following Tuesday, July 1st. Again it will not warrant re-scheduling the sentence date.

Granted.
/s/ Denise Cote
June 20, 2008

Respectfully submitted,
/s/ Sabrina Shroff
Sabrina Shroff
Attorney for Mr. Cruz-Marcelino
(212) 417-8713

cc: Assistant U.S. Attorney Glen Kopp